IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK DIOGENIA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-3156** |
| | : | |
| **COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CORPORATION, COMCAST HOLDINGS CORPORATION, ANDREW ANTONIOLI** | : | |

# ORDER

**AND NOW**, this 6th day of August 2026, upon considering Defendants' Motion to dismiss (ECF 15), Plaintiff's Opposition (ECF 16), Defendants' Reply (ECF 18), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** Defendants' Motion (ECF 15) requiring we:

1. **Dismiss** Plaintiff's claims **with prejudice** against all Defendants based on hostile work environment as time-barred; and,

2. **Dismiss without prejudice** Plaintiff's singular reference to Andrew Antonioli's assisting discrimination (ECF 1, ¶ 65) with leave to file an amended Complaint by no later than **August 20, 2026** if he can plead facts avoiding the time bar and allowing us to infer a plausible basis for discrimination based on sexual orientation arising from the July 3, 2024 termination consistent with Rule 11.

**KEARNEY, J.**